## United States Bankruptcy Court
### District of Columbia

In re  **Noah Naol DC LLC**                                  Case No.  **25-00604**

                        Debtor(s)                            Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Marki Worku Woldemariam**, declare under penalty of perjury that I am the **Owner** of **Noah Naol DC LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of **December**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Marki Worku Woldemariam**, **Owner/Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Marki Worku Woldemariam, Owner/Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Marki Worku Woldemariam, Owner/Managing Member** of this Corporation is authorized and directed to employ **Richard G. Hall 382940**, attorney and the law firm of **Richard Hall** to represent the corporation in such bankruptcy case."

Date  **December 23, 2025**                    Signed  **/s/ Marki Worku Woldemariam**

                                                       **Marki Worku Woldemariam, Owner/Managing Member**

Resolution of Board of Directors
of
**Noah Naol DC LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Marki Worku Woldemariam, Owner/Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Marki Worku Woldemariam, Owner/Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Marki Worku Woldemariam, Owner/Managing Member** of this Corporation is authorized and directed to employ **Richard G. Hall 382940**, attorney and the law firm of **Richard Hall** to represent the corporation in such bankruptcy case.

| | | | |
|---|---|---|---|
| Date | **December 23, 2025** | Signed | **/s/ Marki Worku Woldemariam** |
| | | | **Marki Worku Woldemariam, Owner/Managing Member** |
| Date | **December 23, 2025** | Signed | **/s/ Marki Worku Woldemariam** |
| | | | **Marki Worku Woldemariam, Owner/Managing Member** |